1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113- 2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JO ANNE GRAFF

6

7

8                  **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                            **SAN JOSE DIVISION**

10 | JO ANNE GRAFF,                              | Case No. C08-00908-JF-PVT
11 |                                             |
   |                        Plaintiff,           | **NOTICE OF UNAVAILABILITY OF**
12 |                                             | **COUNSEL**
   | v.                                          |
13 |                                             |
   | HUNT & HENRIQUES, a general                 |
14 | partnership, MICHAEL SCOTT HUNT,            |
   | individually and in his official capacity, and |
15 | JANALIE ANNE HENRIQUES, individually        |
   | and in her official capacity,               |
16 |                                             |
   |                        Defendants.          |

17
        **NOTICE IS HEREBY GIVEN TO ALL PARTIES AND THEIR ATTORNEYS OF**
18
   **RECORD** that Plaintiff's counsel, FRED W. SCHWINN, is unavailable on the following dates:
19
                March 30, 2008, through April 19, 2008, inclusive.
20
        Counsel will be unavailable for any purpose whatsoever, including but not limited to,
21
   receiving notices of any kind, responding to ex-parte applications, appearing in court or attending
22
   depositions.
23
                                            CONSUMER LAW CENTER, INC.
24

25
   Dated: March 4, 2008                      By: /s/ Fred W. Schwinn
26                                               Fred W. Schwinn, Esq.
                                                 Attorney for Plaintiff
27                                               JO ANNE GRAFF

28

---
NOTICE OF UNAVAILABILITY OF COUNSEL                              Case No. C08-00908-JF-PVT