1  TOMIO B. NARITA (SBN 156576)
   ROBIN M. BOWEN (SBN 230309)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  rbowen@snllp.com

6  Attorneys for Defendants
   Hunt & Henriques, Michael Scott Hunt
7  and Janalie Ann Henriques

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 

| JO ANNE GRAFF, | ) | CASE NO.: C08 00908 JF (PVT) |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **DEFENDANTS' CERTIFICATE** |
|  | ) | **OF INTERESTED PARTIES** |
| vs. | ) |  |
|  | ) |  |
| HUNT & HENRIQUES, a general partnership, MICHAEL SCOTT HUNT, individually and in his official capacity, and JANALIE ANN HENRIQUES, individually and in her official capacity, | ) ) ) ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

1  Pursuant to Civil L.R. 3-16, the undersigned counsel of record for Defendants
2  certifies that other than the named parties, no persons, associations of persons, firms,
3  partnerships, corporations (including parent corporations) or other entities (i) have a
4  financial interest in the subject matter in controversy or in a party to the proceeding, or
5  (ii) have a non-financial interest in that subject matter or in a party that could be
6  substantially affected by the outcome of this proceeding.

DATED: April 9, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
ROBIN M. BOWEN

By:  /s/Robin M. Bowen
Robin M. Bowen
Attorneys for Defendants
Hunt & Henriques, Michael Scott Hunt
and Janalie Ann Henriques