Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JO ANNE GRAFF

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JO ANNE GRAFF,<br><br>  Plaintiff,<br><br>v.<br><br>HUNT & HENRIQUES, a general partnership, MICHAEL SCOTT HUNT, individually and in his official capacity, and JANALIE ANNE HENRIQUES, individually and in her official capacity,<br><br>  Defendants. | Case No. C08-00908-JF-PVT<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

**COMES NOW** the Plaintiff, JO ANNE GRAFF, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 23rd day of May, 2008, a true and accurate copy of the Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and a copy of this notice were deposited in the United States mail, postage prepaid, addressed to the following:

> Tomio B. Narita
> Simmonds & Narita, LLP
> 44 Montgomery Street, Suite 3010
> San Francisco, CA 94104-4816
> Attorney for Defendants

Dated: May 23, 2008                    By: /s/ Fred W. Schwinn
                                           Fred W. Schwinn, Esq.
                                           Attorney for Plaintiff
                                           JO ANNE GRAFF

NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES        Case No. C08-00908-JF-PVT