1   Fred W. Schwinn (SBN 225575)
    CONSUMER LAW CENTER, INC.
2   12 South First Street, Suite 1014
    San Jose, California  95113-2418
3   Telephone Number: (408) 294-6100
    Facsimile Number: (408) 294-6190
4   Email Address: fred.schwinn@sjconsumerlaw.com

5   Attorney for Plaintiff
    JO ANNE GRAFF
6

7

8                   IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                            SAN JOSE DIVISION

10

11  JO ANNE GRAFF,                           Case No.  C08-00908-JF-PVT

12                          Plaintiff,
                                             **PLAINTIFF'S NOTICE OF**
13  v.                                       **DISCOVERY PROPOUNDED TO**
                                             **DEFENDANTS**
14  HUNT & HENRIQUES, a general
    partnership, MICHAEL SCOTT HUNT,
15  individually and in his official capacity, and
    JANALIE ANNE HENRIQUES, individually
16  and in her official capacity,

17                          Defendants.

18      **COMES NOW** the Plaintiff, JO ANNE GRAFF, by and through counsel, Fred W. Schwinn

19  of the Consumer Law Center, Inc., and hereby notifies the Court that on the 23rd day of May, 2008,

20  Interrogatories numbered 1 through 12 inclusively, have been submitted for answer by Defendants,

21  HUNT & HENRIQUES, MICHAEL SCOTT HUNT, and JANALIE ANNE HENRIQUES, in

22  accordance with Rule 33 of the Federal Rules of Civil Procedure, within thirty (30) days from the

23  date of service thereof.

24      You will please take notice that the party filing these Interrogatories demands answers under

25  oath in accordance with the rules of civil procedure.  These Interrogatories are continuing and

26  require supplemental answers if additional information is obtained between the time of answering

27  and the time of trial.

28      ADDITIONALLY, Plaintiff notifies the Court that she has also served a Request for

-1-

1    Production of Documents in accordance with Rule 34 of the Federal Rules of Civil Procedure

2    containing 28 paragraphs upon Defendants, HUNT & HENRIQUES, MICHAEL SCOTT HUNT,

3    and JANALIE ANNE HENRIQUES, and that these discovery requests are to be responded to within

4    thirty (30) days.

5         ADDITIONALLY, Plaintiff notifies the Court that she has also served a Request for

6    Admissions in accordance with Rule 36 of the Federal Rules of Civil Procedure, containing 8

7    paragraphs upon Defendants, HUNT & HENRIQUES, MICHAEL SCOTT HUNT, and JANALIE

8    ANNE HENRIQUES, and that these discovery requests are to be responded to within thirty (30)

9    days.

10                                          CONSUMER LAW CENTER, INC.

11

12                                          By: /s/ Fred W. Schwinn
                                            Fred W. Schwinn (SBN 225575)
13                                          12 South First Street, Suite 1014
                                            San Jose, California  95113-2418
14                                          Telephone Number: (408) 294-6100
                                            Facsimile Number: (408) 294-6190
15                                          Email: fred.schwinn@sjconsumerlaw.com
                                                    Attorney for Plaintiff
16

17

18                          **CERTIFICATE OF SERVICE**

19         The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct

20    copy of the above and foregoing document to be deposited in the United States mail, postage

21    prepaid, addressed to the following:

22         Tomio B. Narita
           Simmonds & Narita, LLP
23         44 Montgomery Street, Suite 3010
           San Francisco, CA  94104-4816
24                  Attorney for Defendants

25    on this, the 23rd day of May, 2008.
                                            /s/ Fred W. Schwinn
26                                          Fred W. Schwinn

27

28

NOTICE OF DISCOVERY PROPOUNDED TO DEFENDANT              Case No.  C08-00908-JF-PVT