UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, June 13, 2008
**Case Number:** CV-08-908-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | JO ANNE GRAFF  V.  HUNT & HENRIQUES, ET AL |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Attorneys Present: Fred Schwinn | Attorneys Present: Tomio Narita |

PROCEEDINGS:

Case management conference held. Parties are present. The Court refers the case to Magistrate Judge Trumbull for settlement conference. The case remains set on 8/15/08 for motion hearing.