1  TOMIO B. NARITA (SBN 156576)
   ROBIN M. BOWEN (SBN 230309)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  rbowen@snllp.com

6  Attorneys for Defendants
   Hunt & Henriques, Michael Scott Hunt
7  and Janalie Ann Henriques

8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN JOSE DIVISION

12  JO ANNE GRAFF,                          )  CASE NO.: C08 00908 JF (PVT)
                                            )
13                                          )
            Plaintiff,                      )  **DEFENDANT HUNT &**
14                                          )  **HENRIQUES'S OPPOSITION TO**
                                            )  **PLAINTIFF'S MOTION FOR**
15          vs.                             )  **PARTIAL SUMMARY JUDGMENT**
                                            )
16                                          )
    HUNT & HENRIQUES, a general             )  Date:   August 15, 2008
17  partnership, MICHAEL SCOTT              )  Time:   9:00 a.m.
    HUNT, individually and in his           )  Ctrm:   3, Fifth Floor
18  official capacity, and JANALIE ANN      )
    HENRIQUES, individually and in her      )
19  official capacity,                      )  Honorable Jeremy Fogel
                                            )
20          Defendants.                     )
                                            )
21  ─────────────────────────────          )

22

23

24

25

26

27

28

I.    **INTRODUCTION**

Plaintiff Jo Anne Graff ("Graff") claims that Defendants contacted her directly at a time when she was allegedly represented by counsel, in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"). By her motion, Graff seeks summary judgment on her claim that defendant Hunt & Henriques ("H&H") violated section 1692c(a)(2) of the FDCPA.[1] The record shows that H&H did not violate the FDCPA, however, because Graff's alleged counsel, Fred W. Schwinn ("Mr. Schwinn"), did <u>not</u> represent Graff with respect to the state court collection litigation, and because he did not respond, ever, to Defendants' correspondence. The motion must be denied, and the Court should enter summary judgment in favor of Defendants.

Mr. Schwinn wrote to Defendants just before the collection litigation was filed. In his letter, Mr. Schwinn was extremely careful to point out the limited scope of his representation of Graff. Mr. Schwinn stated that he had been retained by Graff "to assist in the matter of debt relief" and to attempt to "dissuade" Defendants from filing a lawsuit against her. He requested information concerning Graff's debt. He did <u>not</u> state that he represented Graff in the event that litigation was actually filed.

Defendants responded to Mr. Schwinn, and provided him with the information he had requested. Defendants specifically asked Mr. Schwinn if he was authorized to accept service of the collection complaint they were about to file against Graff. Defendants requested that he respond within ten days or they would proceed to litigate against Graff directly.

Mr. Schwinn admits that he received Defendants' letter. He did not respond within ten days. In fact, he never responded. Given this, and given the limited scope of Mr. Schwinn's engagement as described in his letter, Defendants reasonably concluded that Mr. Schwinn did not represent Graff with respect to the collection

---

[1] Graff's Motion is not directed to the other defendants, Michael Scott Hunt ("Hunt") or Janalie Ann Henriques ("Henriques"). H&H, Hunt, and Henriques are referred to collectively as "Defendants."

1  litigation.  Since Graff was not represented by Mr. Schwinn in that action, it was

2  proper for Defendants to contact Graff directly.

3  To prevail on this motion, Graff bears the burden of proving that Mr. Schwinn

4  represented her in the collection case.  She cannot do so.  Graff would also need to

5  show that Mr. Schwinn did not "fail to respond" to Defendants' correspondence

6  within a reasonable period of time.  She cannot meet this burden.  Mr. Schwinn not

7  only failed to respond within a reasonable time, he failed to respond at all.

8  Defendants did not violate the FDCPA when they sent their July 13, 2007

9  letter.  Graff's motion should be denied, and the Court should enter summary

10  judgment for Defendants.[2]

11  **II.   PROCEDURAL AND FACTUAL HISTORY**

12  When Graff failed to pay her credit card bill, non-party Citibank (South

13  Dakota) N.A. closed her account and engaged H&H to collect the balance due.  *See*

14  Declaration of Michael S. Hunt ("Hunt Decl.") at ¶ 2.  H&H sent Graff a letter dated

15  February 12, 2007, requesting payment and informing her that litigation was

16  imminent.  *Id*. at ¶ 3, Exh. A.  On February 19, 2007, Schwinn sent H&H a letter

17  stating that he had been retained by Graff "to assist in the matter of debt relief" and

18  for the purpose of dissuading them from filing suit against her.  *Id*. at ¶ 4, Ex. B.

19  On March 26, 2007, H&H sent Schwinn a letter providing him with the

20  information he had requested, and asking Mr. Schwinn if he would accept service of

21  process on her behalf.  The letter states, in pertinent part,

22  Please advise within ten days if you are authorized to accept service of
   process on behalf of Ms. [Graff].[3]  **If we have not heard from you within ten**

23

24  _____

25  [2] If the Court concludes that it cannot determine this issue in favor of Defendants
   as a matter of law based upon the undisputed facts in the record, then Defendants submit

26  that the motion should be denied, based upon the existence of triable issues of fact.

27

28  [3] H&H mistakenly refer to Graff in this sentence as "Ms. Gresham," another H&H
   debtor represented by Mr. Schwinn.  Mr. Schwinn also filed a nearly identical lawsuit
   against Defendants in this Court on behalf of Ms. Gresham, which was later dismissed

1

**days of the date of this letter, litigation will proceed and service will be attempted on your client directly**.

2

*Id*. at ¶ 5, Ex. C (emphasis added).  Although the letter requested a response from

3

Mr. Schwinn within ten days, H&H waited almost two months before taking further

4

action.  Mr. Schwinn never responded.  *Id.*  This is undisputed, as Graff has

5

stipulated that Mr. Schwinn failed to respond to H&H's letter.  *See* Notice of

6

Stipulation ("Stipulation"), Docket 18, ¶ 5.  Given Mr. Schwinn's failure to respond,

7

Defendants reasonably concluded that Mr. Schwinn's limited engagement had ended,

8

and that he did not represent Graff with respect to the litigation.  On May 15, 2007,

9

Graff was served with the summons and complaint in the underlying collection

10

action.  See Hunt Decl. at ¶ 6, Ex. D.

11

Schwinn never appeared on behalf of Graff in the collection action, and he

12

never called Defendants regarding that case.  *Id*. at ¶ 7.  In addition, Graff never

13

responded to the complaint, so the Santa Clara County Superior Court entered

14

judgment against her on July 9, 2007.  *Id.* at ¶ 7, Ex. E.  On July 13, 2007, H&H

15

notified Graff by letter that a default had been entered against her.  *Id.*  at ¶ 8, Ex. F.

16

Once again, neither Graff nor Mr. Schwinn responded to this letter.

17

Rather than responding to Defendants' correspondence, Graff and Mr.

18

Schwinn waited six more months, and then filed the present action.

19

**III.    ARGUMENT**

20

    **A.    Standard of Review**

21

The party moving for summary judgment bears the initial burden of

22

"informing the district court of the basis for its motion, and identifying those portions

23

of 'the pleadings, depositions, answers to interrogatories, and admissions on file,

24

together with the affidavits, if any,'" which it contends demonstrate the absence of a

25

genuine issue of material fact.  *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986).

26

If the moving party fails to meet this burden, the non-moving party is not required to

27

28

after the court directed the parties to address whether Mr. Schwinn should be disqualified.

produce anything. *Nissan Fire & Marine Insurance Co., Ltd. v. Fritz Companies, Inc.*, 210 F.3d 1099, 1102-03 (9th Cir. 2000).

Where the moving party has the burden of persuasion at trial, the party "must establish 'beyond controversy every essential element of its' [] claim." *Southern California Gas Co. v. City of Santa Ana*, 336 F.3d 885, 888 (9th Cir. 2003). The party opposing summary judgment "can defeat summary judgment by demonstrating the evidence, taken as a whole, could lead a rational trier of fact to find in its favor." *Id*. In order to carry its ultimate burden of persuasion on the motion, the moving party must persuade the court that there is no genuine issue of material fact. *Nissan Fire*, *supra*, 210 F.3d 1099, 1102. A dispute about a material fact is "genuine" where the evidence is such that a reasonable jury could return a verdict for the nonmoving party. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 247 (1986).

**B.    Graff Has Not Met Her Burden Of Proving A Violation Of The FDCPA**

Graff has not established "beyond controversy every essential element" of her alleged FDCPA claim. In her memorandum in support of her motion, Graff sets forth the elements she must prove:

> (1) Plaintiff is a consumer, (2) Plaintiff has been the object of collection activity arising from a consumer debt, (3) Defendant collecting the "debt" is a "debt collector" as defined in the FDCPA, and (4) Defendant has engaged in any act or omission in violation of the prohibitions or requirements of the FDCPA.

*See* Memorandum in Support Of Motion For Partial Summary Judgment ("Memo in Support"), Docket 11-3, p. 7. Graff has failed to prove that the Defendants violated the FDCPA, so she has not met and cannot meet her burden on this motion.

Graff alleges that Defendants violated section 1692c(a)(2) of the FDCPA by mailing the July 13, 2007 letter directly to Graff rather than to Mr. Schwinn. Section 1692c(a)(2) states:

> [A] debt collector may not communicate with a consumer in connection with the collection of any debt – if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from

the debt collector or unless the attorney consents to direct communication with the consumer.

*See* 15 U.S.C. § 1692c(a)(2).  Graff cannot prove that she was "represented by an attorney" with respect to the collection litigation.  Even if she could prove that she was represented by Mr. Schwinn, the record shows that he failed to respond to Defendants' correspondence within a reasonable time.  The claim has no merit.

### 1. Graff Was Not "Represented By An Attorney" For Purposes Of The Collection Litigation

Graff was not "represented by an attorney" with respect to the collection litigation, so she cannot prevail on her section 1692c(a)(3) claim.  She suggests she was represented by Mr. Schwinn, but the evidence shows otherwise.  Mr. Schwinn's February 19, 2007 letter to H&H indicates that the scope of his representation was limited to "assist[ing Graff] in the matter of debt relief" and "dissuad[ing H&H] from filing a lawsuit."  *See* Declaration of Fred W. Schwinn In Support of Motion For Partial Summary Judgment ("Schwinn Decl."), Docket 11-5, Ex. 2.  Mr. Schwinn did not state that the represented Graff with respect to any litigation.

H&H sent its March 26, 2007 letter to Mr. Schwinn, in part, to determine whether Mr. Schwinn intended to represent Graff with respect to the anticipated collection litigation.  *Id.* at Ex. 3 ("Please advise within ten days if you are authorized to accept service of process …. If we have not heard from you within ten days of the date of this letter, **litigation will proceed** and service will be attempted on your client directly." (emphasis added)).  When Mr. Schwinn did not respond, Defendants reasonably concluded that Mr. Schwinn was not going to expand the scope of his representation of Graff to cover the litigation.  Thus, the suit was filed, and H&H served Graff with the summons and complaint in the underlying collection action on May 15, 2007.  Hunt Decl. at ¶ 6, Ex. D.

No attorney ever appeared for Graff in the collection action, so a default was entered against her.  *Id.* at ¶ 7.  There was no reason for Defendants to believe that Mr. Schwinn was representing Graff.  There was no basis for Defendants to suspect

1    that instead of providing her with a defense, Mr. Schwinn ignored the complaint and

2    allowed a default to be entered. *Id.* at ¶ 7, Ex. E.  Mr. Schwinn did not call to seek to

3    negotiate a settlement on behalf of Graff, nor did he ever respond to the allegedly

4    offending letter sent by Defendants on July 13, 2007. *See* Stipulation at ¶ 5, 7.

5    Indeed, after sending his initial letter to H&H on February 19, 2007, which

6    described the narrow scope of his representation of Graff, Mr. Schwinn never again

7    contacted H&H about Graff.  Rather, he waited for almost a full year before

8    emerging again to file this suit against Defendants on February 12, 2008.

9    Given Mr. Schwinn's letter, his failure to respond, and his failure to take any

10   steps on Graff's behalf, the undisputed record shows that he did not represent her.

11   An unrepresented debtor may <u>not</u> assert a claim under section 1692c(a)(2) of the

12   FDCPA.  Summary judgment for Defendants is proper.

### 2.    The Section 1692c(a)(2) Claim Fails Because Mr. Schwinn Failed To Respond To Correspondence From Defendants

13

14   Even if Graff could prove that Mr. Schwinn represented her in connection with

15   the collection litigation, there still is no violation here.  Mr. Schwinn failed to

16   respond within a reasonable time to correspondence from H&H.   Mr. Schwinn

17   admittedly failed to respond to the March 26, 2007 letter from H&H.  Section

18   1692c(a)(2) of the FDCPA permits direct communication with the debtor if "**the**

19   **attorney fails to respond within a reasonable period of time to a communication**

20   **from the debt collector**." *See* 15 U.S.C. §1962c(a)(2) (emphasis added).

21    H&H's March 26, 2007 letter to Mr. Schwinn asked if he would accept

22   service of process on behalf of Graff and informed him that if he did not respond

23   within ten days, litigation would proceed against his client directly.  Hunt Decl., ¶ 5,

24   Ex. C.  Mr. Schwinn never responded to this letter. *Id.*

25   In her memorandum in support of this motion, Graff claims that her "counsel

26   did not fail to respond to any communication from H&H."  Memo in Support at p. 8-

27   9.  But in her recent motion to quash, she inconsistently stated that "[i]t is undisputed

28   that Defendants' March 26, 2007, [sic] letter received no response."  See Reply In

1  Support Of Motion To Quash, Docket 16 at p. 1.  Graff confirmed her second

2  position – that Mr. Schwinn never responded to H&H's letter – in the stipulation she

3  filed pursuant to the Court's ruling on her motion to quash.  *See* Stipulation at ¶ 5.

4      H&H's March 26, 2007 letter unequivocally requested a response within ten

5  days, and informed Mr. Schwinn that if he did not respond, they would proceed with

6  litigation against Graff directly.  Hunt Decl. at ¶ 5, Ex. C.  When no response was

7  received, Defendants acted exactly as they informed Mr. Schwinn they would.  *Id.* at

8  ¶¶ 5-6.  H&H filed a lawsuit against Graff, prosecuted the lawsuit, and corresponded

9  directly with Graff about the lawsuit.  By failing to respond to H&H's letter, Mr.

10  Schwinn impliedly consented to Defendants' direct communication with Graff.  *See*

11  15 U.S.C. 1692c(a)(2) (communication with represented consumer is permissible if

12  "the attorney consents to direct communication with the consumer.").

13      Defendants believe that their July 13, 2007 letter did not violate the FDCPA as

14  a matter of law since Mr. Schwinn failed to respond to their March 26, 2007 letter.

15  However, even if the Court determines that Mr. Schwinn's initial failure to respond

16  to the March 26, 2007 letter was excusable, it must then determine whether

17  Defendants waited a reasonable period of time before contacting Graff directly.  The

18  Complaint alleges that H&H did not contact her directly again for almost four

19  months, when they sent the letter dated July 13, 2007.  Defendants contend that this

20  is a reasonable period as a matter of law.  At a bare minimum, a genuine issue of

21  material fact exists.  In either case, the motion should be denied.

22      The Defendants did not violate the FDCPA, so Graff has failed to prove the

23  elements necessary for summary judgment.  Because she has not met her burden,

24  summary judgment in favor if Graff is inappropriate here.

25  **IV.   CONCLUSION**

26      The Defendants have not violated the FDCPA and summary judgment should

27  be entered in their favor.  At the very least, a genuine issue of material fact exists that

28

1  cannot be determined on a motion for summary judgment.  Hunt & Henriques

2  respectfully requests that Graff's motion be denied.

3

4  DATED: July 25, 2008                    SIMMONDS & NARITA LLP
                                           TOMIO B. NARITA
5                                          ROBIN M. BOWEN

6

7
                                   By:    /s/  Robin M. Bowen
8                                         Robin M. Bowen
                                          Attorneys for Defendants
9                                         Hunt & Henriques, Michael Scott Hunt
                                          and Janalie Ann Henriques
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  TOMIO B. NARITA (SBN 156576)
   ROBIN M. BOWEN (SBN 230309)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  rbowen@snllp.com

6  Attorneys for Defendants
   Hunt & Henriques, Michael Scott Hunt
7  and Janalie Ann Henriques

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  JO ANNE GRAFF,                    )  CASE NO.: C08 00908 JF (PVT)
                                      )
13                                    )
              Plaintiff,              )  **DECLARATION OF MICHAEL S.**
14                                    )  **HUNT IN SUPPORT OF HUNT &**
                                      )  **HENRIQUES' OPPOSITION TO**
15            vs.                     )  **PLAINTIFF'S MOTION FOR**
                                      )  **PARTIAL SUMMARY JUDGMENT**
16                                    )
17  HUNT & HENRIQUES, a general       )
    partnership, MICHAEL SCOTT        )
18  HUNT, individually and in his     )  Date:   August 15, 2008
    official capacity, and JANALIE ANN)  Time:  9:00 a.m.
19  HENRIQUES, individually and in her)  Ctrm:   3, Fifth Floor
    official capacity,                )
20                                    )
              Defendants.             )  Honorable Jeremy Fogel
21  ——————————————————————            )

22

23

24

25

26

27

28

I, Michael S. Hunt, declare:

1.      I am an attorney licensed to practice law in the State of California.  I am a partner in the firm of Hunt & Henriques, a defendant in this action.  I make this declaration in support of the Hunt & Henriques' Opposition to Plaintiff's Partial Motion for Summary Judgment.  I have personal knowledge of the facts set forth herein, and could and would testify thereto if called upon to do so.

2.      Citibank (South Dakota) N.A. retained Hunt & Henriques to collect the balance due on Plaintiff Jo Anne Graff's ("Graff") delinquent Citibank credit card account.

3.      On February 12, 2007, Hunt & Henriques sent Graff a letter requesting payment of her debt and informing her of her right to request verification.  A true and correct copy of this letter is attached hereto as **Exhibit A**.

4.      On or about February 20, 2007, Hunt & Henriques received a letter from Fred W. Schwinn.  A true and correct copy of this letter, dated February 19, 2007, is attached hereto as **Exhibit B**.

5.      On March 26, 2007, Hunt & Henriques sent a letter to Mr. Schwinn, asking him if he would accept service of process on behalf of Graff, and informing him that if he did not respond within ten days, litigation would proceed and service would be attempted on his client directly.  Our firm never received any response to this letter.  A true and correct copy of this letter is attached hereto as **Exhibit C**.

6.      Given that Mr. Schwinn did not respond, Hunt & Henriques concluded that Mr. Schwinn did not represent Graff with respect to litigation on the account.  Our firm filed suit on behalf of Citibank in the California Superior Court for the County of Santa Clara.  On May 15, 2007, Graff was served with that summons and complaint.  A true and correct copy of the proof of service is attached hereto as **Exhibit D**.

7.      Neither Graff, nor Mr. Schwinn, nor anyone else acting on her behalf made an appearance in the state court action.  On July 9, 2007, the court entered

1  default judgment against Graff.  A true and correct copy of the default is attached
2  hereto as **Exhibit E**.

3       8.     Hunt & Henriques mailed a letter to Graff on July 13, 2007, informing
4  her that the court had entered judgment against her and that Hunt & Henriques
5  intended to pursue collection of the judgment.  A true and correct copy of this letter
6  is attached hereto as **Exhibit F**.

7       I declare under penalty of perjury under the laws of the State of California the
8  foregoing is true and correct.  Executed at San Jose, California on this ⎯22⎯day of
9  July, 2008.

11  By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
12                   Michael S. Hunt

Exhibit A

# HUNT & HENRIQUES
### ATTORNEYS AT LAW

MICHAEL S. HUNT

JANALIE HENRIQUES

151 BERNAL ROAD, SUITE B
SAN JOSE, CALIFORNIA 95119-1306

AREA CODE 408
TELEPHONE 362 - 2270
FACSIMILE 362 - 2299

JO A GRAFF
210 El Carmelo Ave
Palo Alto, CA 94306-2377

February 12, 2007

RE:   CITIBANK (SOUTH DAKOTA) N.A.   Account Number: 5466160018089621
      Balance as of February 12, 2007: $6,031.79

Dear JO A GRAFF:

Our client, CITIBANK (SOUTH DAKOTA) N.A., has engaged this law firm to make demand for payment in full on your account referenced above.  Your account is in default and has been closed, and formal demand is now being made for the entire outstanding balance.  As of the date of this letter, your total debt is $6,031.79.  This amount may increase because of interest.

If you want to resolve this matter without a lawsuit, you must pay the outstanding balance stated above to satisfy your account.

Our client considers this to be a serious matter.  A legal proceeding is a matter of public record.  If a lawsuit is filed, the local court could enter a judgment against you for the entire balance of your account plus, to the extent provided in your account agreement and permitted by law, attorney's fees, court costs and interest.  If a judgment is entered against you, it may appear on your credit record for up to seven (7) years and may affect your ability to obtain credit, employment and/or housing.

**Federal law gives you 30 days after you receive this letter to dispute the validity of the debt or any part of it. If you do not dispute the validity of the debt, or any part of it, within that period, we will assume that the debt is valid. If you dispute the debt, or any part of it, in writing  - by mailing a notice to this firm to that effect on or before the 30th day following the date you receive this letter - we will obtain and mail to you proof (verification) of the debt. And if, within the same period, you request in writing the name and address of the original creditor (if different from our client), we will furnish you with that information too. Upon receipt of you written dispute, all efforts to collect this debt will be suspended until we mail any required information to you. Our client will wait until sufficient time has elapsed for this firm to be able to receive a written notice of dispute from you - even if you mail it on the 30th day following the date you receive this letter - before authorizing us to file suit against you to collect this debt.**

### *Additional important disclosures continued on reverse...*

JO A GRAFF
210 El Carmelo Ave
Palo Alto, CA 94306-2377

---

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (1-877-382-4357) or www.ftc.gov.

This communication is from a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

You may contact us toll free at 1-800-680-2426.

Very truly yours,

Michael S. Hunt
Janalie Henriques
HUNT & HENRIQUES

---

X0700502

Exhibit B

# Consumer Law Center, Inc.

12 South First Street, Suite 416
San Jose, CA 95113-2404
(408) 294-6100
Fax: (408) 294-6190

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO: 408-362-2299

To:            Hunt & Henriques
From:          Fred W. Schwinn
Client/Matter: Jo Anne Graff-5466-1600-1808-9621
Date:          February 19, 2007

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter | 2 |

COMMENTS:
Original will NOT follow.

*The information contained in this facsimile message is information protected by attorney client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US
IMMEDIATELY AT (408) 294-6100.

XO 700502/123

# CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, CA  95113-2404

Fred W. Schwinn
fred.schwinn@sjconsumerlaw.com

(408) 294-6100
Fax (408) 294-6190

Via Fax to: 408-362-2299

February 19, 2007

Hunt & Henriques
151 Bernal Road, Suite 8
San Jose, CA  95119-1306

In the Matter of:    Jo Anne Graff
210 El Carmelo Avenue
Palo Alto, CA  94306-2377

Your Account or File No(s).: 5466-1600-1808-9621

Dear Sir or Madam:

I have attached a copy of your most recent correspondence for your reference.  Please be advised that the consumer debtor in the matter referenced above has retained the services of the Consumer Law Center, Inc., to assist in the matter of debt relief.  The purpose of this letter is two-fold.  First, I wish to provide you with written notice in your capacity as a creditor, collection agent, or collection attorney that this consumer debtor, now our client, is in fact and in law REPRESENTED BY AN ATTORNEY.  As a result of this notice, and pursuant to Sections 1692b(6) and 1692c(a)(2) of Title 15 of the United States Code and Section 1788.14(c) of the California Civil Code, you are to immediately terminate any further direct or indirect contacts with our client.  Please note that such prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, email or any other means.  This also includes any contact directly or indirectly with any employer, family member, friend, or other creditor of our client.

Second, this letter is intended to dissuade your firm from filing a lawsuit against our client and reducing the amount that is allegedly owed to a judgment.  Should you choose to file a lawsuit against our client in this matter, please be advised that I have reviewed with our client the list of California exemptions provided by the Judicial Counsel of California and I have determined that our client owns no property that could be subject to attachment or levy.  Furthermore, our client is disabled and unemployed.  Our client is therefore "judgement proof."  Should you decide to reduce the amount allegedly owed to a judgment, it will remain uncollectible.

Upon receipt of this letter, any future direct or indirect contacts with our client will result in our office filing a claim against you under the Federal Fair Debt Collection Act, the California Civil Code, and any other available and applicable state or federal laws.  If it becomes necessary to file any and all such claims, then please be advised and take due notice that our client will be seeking actual damages, statutory damages, court costs, and our reasonable attorney fees based on our hourly

rate of $ 300.00.  You are also hereby placed on notice that if unlawful and illegal conduct persists or is egregious, then our client will also seek an award of punitive damages as may be determined at the discretion of the Court.

Based on the foregoing, any further communications concerning our client and/or the subject debt must be directed to the Consumer Law Center, Inc.  Be advised that any request for information will be addressed in a reasonable time period.

Until advised otherwise, you should mark this matter as "disputed."  I anticipate your cooperation herein.

Very Truly Yours,

Fred W. Schwinn, Esq.

Feb-16-07  01:57pm  From-                                                          T-914  P.002/003  F-793

## HUNT & HENRIQUES
ATTORNEYS AT LAW

MICHAEL S. HUNT
JANALIE HENRIQUES

161 BERNAL ROAD, SUITE B
SAN JOSE, CALIFORNIA 95119-1306

AREA CODE 408
TELEPHONE 362-2270
FACSIMILE 362-2299

JO A GRAFF
210 El Carmelo Ave
Palo Alto, CA 94306-2377

February 12, 2007

RE:     CITIBANK (SOUTH DAKOTA) N.A.  Account Number: 5466160018089621
        Balance as of February 12, 2007: $6,031.79

Dear JO A GRAFF:

Our client, CITIBANK (SOUTH DAKOTA) N.A., has engaged this law firm to make demand for payment in full on your account referenced above. Your account is in default and has been closed, and formal demand is now being made for the entire outstanding balance. As of the date of this letter, your total debt is $6,031.79. This amount may increase because of interest.

If you want to resolve this matter without a lawsuit, you must pay the outstanding balance stated above to satisfy your account.

Our client considers this to be a serious matter. A legal proceeding is a matter of public record. If a lawsuit is filed, the local court could enter a judgment against you for the entire balance of your account plus, to the extent provided in your account agreement and permitted by law, attorney's fees, court costs and interest. If a judgment is entered against you, it may appear on your credit record for up to seven (7) years and may affect your ability to obtain credit, employment and/or housing.

**Federal law gives you 30 days after you receive this letter to dispute the validity of the debt or any part of it. If you do not dispute the validity of the debt, or any part of it, within that period, we will assume that the debt is valid. If you dispute the debt, or any part of it, in writing - by mailing a notice to this firm to that effect on or before the 30th day following the date you receive this letter - we will obtain and mail to you proof (verification) of the debt. And if, within the same period, you request in writing the name and address of the original creditor (if different from our client), we will furnish you with that information too. Upon receipt of you written dispute, all efforts to collect this debt will be suspended until we mail any required information to you. Our client will wait until sufficient time has elapsed for this firm to be able to receive a written notice of dispute from you - even if you mail it on the 30th day following the date you receive this letter - before authorizing us to file suit against you to collect this debt.**

### *Additional important disclosures continued on reverse...*

JO A GRAFF
210 El Carmelo Ave
Palo Alto, CA 94306-2377

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (1-877-382-4357) or www.ftc.gov.

This communication is from a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

You may contact us toll free at 1-800-680-2426.

Very truly yours,

Michael S. Hunt
Janalie Henriques
HUNT & HENRIQUES

X0700502

Exhibit C

## HUNT & HENRIQUES
ATTORNEYS AT LAW

MICHAEL S. HUNT
JANALIE HENRIQUES

151 BERNAL ROAD, SUITE 8
SAN JOSE, CA 95119-1306

AREA CODE 408
TELEPHONE 362-2270
FACSIMILE 362-2299

March 26, 2007

Attn: Fred W. Schwinn, Esq.
       Consumer Law Center
       12 South First Street, Suite #416
       San Jose, CA 95113-2404

**RE: JO A GRAFF**
**CITIBANK(SOUTH DAKOTA)N.A. ACCT NO: 5466160018089621**

Dear Mr. Schwinn:

Your recent correspondence has been forwarded to me for response.

Pursuant to your client's request, I am providing you with the following account documents:

1. Account statements from: 02/28/2006 to 01/31/2007

Please advise within ten days if you are authorized to accept service of process on behalf of Ms. Gresham. If we have not heard from you within ten days of the date of this letter, litigation will proceed and service will be attempted on your client directly.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ALL INFORMATION OBTAINED WILL BE USED TO COLLECT THE DEBT.

Yours truly,

Michael S. Hunt
HUNT & HENRIQUES

| 03/24/06 | $4807.48 | $100.00 | SITE:KC-CL | TM:CL-5000 | ACID:KCB0030 |
| PMT DUE DATE | NEW BALANCE | MIN AMT DUE | | 03/01/07 | 00:55:43: |

CITI CARDS
P.O. BOX 6420
THE LAKES, NV
88901-6420

JO A GRAFF
210 EL CARMELO AVE
PALO ALTO          CA
94306-2377000

# Citi® AAdvantage® World MasterCard®
AAdvantage is a registered trademark of American Airlines, Inc.

**Account Number**
5466 1600 1808 9621

| Customer Service: | Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 888-766-CITI (2484) | $5000 | $192 | $1500 | $192 | $4807.48 |
| BOX 6000 | Statement/ Closing Date | Amount Over Revolving Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| THE LAKES, NV 89163-6000 | 02/28/2006 | $0.00 + | $0.00 + | $100.00 = | $100.00 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 2/28 | 74   0000 | Standard Purch MEMBERSHIP FEE FEB 06-DEC 06 SEE REVERSE FOR MORE RENEWAL INFORMATION | 41.60 0000000000 |
| | 2/28 | 74   0000 | CRED PROTECTOR FEE-MONTHLY 800-950-5114 | 32.94 0000000000 |
| | 2/28 | 84   0000 | PURCHASES*FINANCE CHARGE*PERIODIC RATE | 64.06 0000000000 |

```
*** CITI AADVANTAGE MILES UPDATE ***
Miles Accumulated This Billing Period:              0
```

Remember, with a no-preset spending limit you now have more financial
flexibility. But you MUST PAY IN FULL any charges over the revolving credit
line indicated.

Your current nominal annual percentage rate for purchases may vary  monthly
and is based on the Wall Street Journal Prime Rate plus  9.900%. However, if
you default on any Card Agreement, your rate may increase.  The new rate will
be the Prime Rate plus  up to  19.990%, based on the nature of defaults and
performance indications.  These rates apply to your account at the time this
statement was printed.

The Excess Collision Loss/Damage Insurance coverage on your Citi(R) World
MasterCard(R) will change to MasterRental(R) Insurance effective 4/1/06. Please
see enclosed insert or website below for details.
http://www.citibank.com/us/cards/gen-content/en.htm

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $4,668.88 | $74.54 | $0.00 | $64.06 | $4,807.48 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $4,668.88 | $74.54 | $0.00 | $64.06 | $4,807.48 |

Days This Billing Period: 29

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES Standard Purch | $4,701.16 | 0.04699%(D) | 17.150% | 17.150% |
| ADVANCES Standard Adv | $0.00 | 0.05477%(D) | 19.990% | 19.990% |

04/24/06    $4870.38    $101.00    SITE:KC-CL    TM:CL-5000    ACID:KCB0030
PMT DUE DATE    NEW BALANCE    MIN AMT DUE    03/01/07    00:55:43:

CITI CARDS
P.O. BOX 6420
JO A GRAFF                           THE LAKES, NV
210 EL CARMELO AVE                   88901-6420
PALO ALTO                    CA
94306-2377000

# Citi® AAdvantage® World MasterCard®


AAdvantage is a registered trademark of American Airlines, Inc.

Account Number
5466 1600 1808 9621

Customer Service:
888-766-CITI (2484)

BOX 6000
THE LAKES, NV
89163-6000

| | Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| | $5000 | $129 | $1500 | $129 | $4870.38 |
| | Statement/ Closing Date | Amount Over Revolving Credit Line | | Purch/Adv Minimum Due | Minimum Amount Due |
| | 03/30/2006 | $0.00 + | Past Due $0.00 + | $101.00 = | $101.00 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | | | **Payments, Credits & Adjustments** | |
| | 3/16 | K0004006 | PAYMENT THANK YOU | -105.00 |
| | | | 70  F0000        0000 | 27000004995 |
| 3/18 | 3/18 | 22Z5D66S | **Standard Purch** | 99.80 |
| | | | ITV DIRECT - SEA VEGG  800-215-0063  MA | |
| | | | 61  A5969US        2222 | 85306446078 |
| | 3/30 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE | 68.10 |
| | | | 84  0000 | 0000000000 |

```
*** CITI AADVANTAGE MILES UPDATE ***
Miles Accumulated This Billing Period:        100
                       Earned Miles:          100
Miles Reported To American Airlines:          100
```

Remember, with a no-preset spending limit you now have more financial
flexibility.  But you MUST PAY IN FULL any charges over the revolving credit
line indicated.

FREE SERVICES FOR CITI(R)/AAdvantage(R) CARDMEMBERS.  Manage your
Citi(R)/AAdvantage(R) Card account online securely, anytime-whether you want to
check your balance, see if a payment was received or pay your bill online.
Register now at citicards.com

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $4,807.48 | $99.80 | $105.00 | $68.10 | $4,870.38 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $4,807.48 | $99.80 | $105.00 | $68.10 | $4,870.38 |

Days This Billing Period: 30

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $4,831.08 | 0.04699%(D) | 17.150% | 17.150% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.05477%(D) | 19.990% | 19.990% |

05/23/06    $4817.76    $100.00    SITE:KC-CL    TM:CL-5000    ACID:KCB0030
PMT DUE DATE    NEW BALANCE    MIN AMT DUE                    03/01/07    00:55:43:

CITI CARDS
P.O. BOX 6420
THE LAKES, NV
88901-6420

JO A GRAFF
210 EL CARMELO AVE
PALO ALTO                    CA
94306-2377000

# Citi® AAdvantage® World MasterCard®

AAdvantage is a registered trademark of American Airlines, Inc.



Account Number
5466 1600 1808 9621

Customer Service:
888-766-CITI (2484)
BOX 6000
THE LAKES, NV
89163-6000

| | Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| | $5000 | $182 | $1500 | $182 | $4817.76 |
| | Statement/ Closing Date | Amount Over Revolving Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| | 04/28/2006 | $0.00 + | $0.00 + | $100.00 = | $100.00 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | Amount |
|---|---|---|---|---|---|
| | | | **Payments, Credits & Adjustments** | | |
| | 4/22 | K0004003 | PAYMENT THANK YOU | | -120.00 |
| | | | 70  F0000          0000 | 27000004995 | |
| | | | **Standard Purch** | | 67.38 |
| | 4/28 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE | | 0000000000 |
| | | | 84    0000 | | |

*** CITI AADVANTAGE MILES UPDATE ***
Miles Accumulated This Billing Period:                    0

Remember, with a no-preset spending limit you now have more financial
flexibility.  But you MUST PAY IN FULL any charges over the revolving credit
line indicated.

Life happens. But bills like this don't have to.  Safeguard this account with
Credit Protector!  It gives you some financial breathing room when life
changing events interrupt your income or stress your budget. To enroll, call
1-888-863-8407.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $4,870.38 | $0.00 | $120.00 | $67.38 | $4,817.76 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $4,870.38 | $0.00 | $120.00 | $67.38 | $4,817.76 |

Days This Billing Period: 29

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES Standard Purch | $4,874.02 | 0.04767%(D) | 17.400% | 17.400% |
| ADVANCES Standard Adv | $0.00 | 0.05477%(D) | 19.990% | 19.990% |

```
        06/23/06      $4809.78      $160.02        SITE:KC-CL    TM:CL-5000    ACID:KCB0030
        PMT DUE DATE   NEW BALANCE  MIN AMT DUE                  03/01/07                00:55:43:
```

```
                                        CITI CARDS
                                        P.O. BOX 6420
    JO A GRAFF                          THE LAKES, NV
    210 EL CARMELO AVE                    88901-6420
    PALO ALTO              CA
    94306-2377000
```

# Citi® AAdvantage® World MasterCard®

AAdvantage is a registered trademark of American Airlines, Inc.

**Account Number**
5466 1600 1808 9621

| Customer Service: | Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 888-766-CITI (2484) | $5000 | $190 | $1500 | $190 | $4809.78 |
| BOX 6000 | Statement/ Closing Date | Amount Over Revolving Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| THE LAKES, NV 89163-6000 | 05/31/2006 | $0.00 | $0.00 + | $160.02 = | $160.02 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | Amount |
|---|---|---|---|---|---|
| | | | **Payments, Credits & Adjustments** | | |
| | 5/24 | K0004003 | PAYMENT THANK YOU | | -120.00 |
| | | | 70  F0000          0000 | | 27000004995 |
| | | | **Standard Purch** | | |
| | 5/31 | | LATE FEE - APR PAYMENT PAST DUE | | 35.00 |
| | | | 66   0000 | | 0000000000 |
| | 5/31 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE | | 77.02 |
| | | | 84   0000 | | 0000000000 |

```
    *** CITI AADVANTAGE MILES UPDATE ***
    Miles Accumulated This Billing Period:        0
```

Remember, with a no-preset spending limit you now have more financial flexibility. But you MUST PAY IN FULL any charges over the revolving credit line indicated.

Our records show home phone 650-320-9402 and business phone 408-730-3815. Please update coupon if incorrect.

Happy 25th Anniversary to the AAdvantage(R) Program!  American Airlines launched the world's 1st frequent flyer program in 1981. Several HUGE promotions and events are planned to celebrate this milestone - so don't miss out! Details at www.aa.com/25

Want to receive your billing statement in Spanish?  Prefiere recibir su estado de cuenta en Espanol?  Llamenos al 1-800-947-9100, o elija su idioma de preferencia en www.tarjetasciti.com, modificando su Perfil Personal en la seccion Administrar mi Cuenta.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $4,817.76 | $35.00 | $120.00 | $77.02 | $4,809.78 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $4,817.76 | $35.00 | $120.00 | $77.02 | $4,809.78 |

Days This Billing Period: 33

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $4,826.08 | 0.04836%(D) | 17.650% | 17.650% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.05477%(D) | 19.990% | 19.990% |

| 07/24/06 | $4754.79 | $115.08 | SITE:KC-CL    TM:CL-5000    ACID:KCB0030 |
|---|---|---|---|
| PMT DUE DATE | NEW BALANCE | MIN AMT DUE | 03/01/07    00:55:43: |

CITI CARDS
P.O. BOX 6420
THE LAKES, NV
88901-6420

JO A GRAFF
210 EL CARMELO AVE
PALO ALTO                    CA
94306-2377000

# Citi® AAdvantage® World MasterCard®

AAdvantage is a registered trademark of American Airlines, Inc.

**citi**

Account Number
5466 1600 1808 9621

**Customer Service:**
888-766-CITI (2484)
BOX 6000
THE LAKES, NV
89163-6000

| | Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| | $5000 | $245 | $1500 | $245 | $4754.79 |
| | Statement/ Closing Date | Amount Over Revolving Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| | 06/29/2006 | $0.00 | $0.00 + | $115.08 = | $115.08 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | Amount |
|---|---|---|---|---|---|
| | | | **Payments, Credits & Adjustments** | | |
| | 6/20 | K0006004 | PAYMENT THANK YOU | | -170.00 |
| | | | 70  F0000              0000 | | 27000004995 |
| 6/01 | 6/01 | GSNZPHJF | GLOBAL LIGHT NETWORK      SAN ANTONIO    TX | | -40.00 |
| | | | 71   7372US              2222 | | 55503626153 |
| | 6/20 | | REFUND LATE FEE | | -35.00 |
| | | | 78   0000 | | 0000000000 |
| | | | **Standard Purch** | | |
| 5/31 | 6/01 | 9961PHJF | GLOBAL LIGHT NETWORK      SAN ANTONIO    TX | | 32.00 |
| | | | 61   A7372US             2222 | | 55503626152 |
| 5/31 | 6/01 | 0861PHJF | GLOBAL LIGHT NETWORK      SAN ANTONIO    TX | | 89.93 |
| | | | 61   A7372US             2222 | | 55503626152 |
| | 6/29 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE | | 68.08 |
| | | | 84   0000 | | 0000000000 |

```
*** CITI AADVANTAGE MILES UPDATE ***
Miles Accumulated This Billing Period:        82
              Earned Miles:                   82
Miles Reported To American Airlines:          82
```

Remember, with a no-preset spending limit you now have more financial
flexibility.  But you MUST PAY IN FULL any charges over the revolving credit
line indicated.

Life happens. But bills like this don't have to.  Get Credit Protector for
those times when life-changing events like job loss, disability, moving, or
going to college interrupt your income or strain your budget. To enroll call,
1-888-395-9159.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $4,809.78 | $121.93 | $245.00 | $68.08 | $4,754.79 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $4,809.78 | $121.93 | $245.00 | $68.08 | $4,754.79 |

Days This Billing Period: 29

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $4,854.13 | 0.04836%(D) | 17.650% | 17.650% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.05477%(D) | 19.990% | 19.990% |

| 08/24/06 | $4947.26 | $274.83 | SITE:KC-CL | TM:CL-5000 | ACID:KCB0030 |
|----------|----------|---------|------------|------------|--------------|
| PMT DUE DATE | NEW BALANCE | MIN AMT DUE | | 03/01/07 | 00:55:43: |

CITI CARDS
P.O. BOX 6420
THE LAKES, NV
88901-6420

JO A GRAFF
210 EL CARMELO AVE
PALO ALTO          CA
94306-2377000

# Citi® AAdvantage® World MasterCard®
AAdvantage is a registered trademark of American Airlines, Inc.

Account Number
5466 1600 1808 9621

Customer Service:
888-766-CITI (2484)
BOX 6000
THE LAKES, NV
89163-6000

| | Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| | $5000 | $52 | $1500 | $52 | $4947.26 |
| | Statement/ Closing Date | Amount Over Revolving Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| | 07/31/2006 | $0.00 | $115.08 + | $159.75 = | $274.83 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|-----------|-----------|------------------|------------------------------|--------|
| | 7/31 | | Standard Purch | 35.00 |
| | | | LATE FEE - JUN PAYMENT PAST DUE | |
| | | | 66   0000 | 0000000000 |
| 7/18 | 7/18 | T5NZZ600 | COMCAST CABLE COMM    800-COMCAST    CA | 81.72 |
| | | | 61  A4899US          2222 | 55432866199 |
| | 7/31 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE | 75.75 |
| | | | 84   0000 | 0000000000 |

```
*** CITI AADVANTAGE MILES UPDATE ***
Miles Accumulated This Billing Period:          82
               Earned Miles:                    82
Miles Reported To American Airlines:            82
```

Remember, with a no-preset spending limit you now have more financial
flexibility.  But you MUST PAY IN FULL any charges over the revolving credit
line indicated.

The Annual Percentage Rate on your account may increase due to one of the
following reasons stated in your Card Agreement with us: if you fail to make a
payment to us when due, you exceed your credit line or you make a payment to
us that is not honored by your bank.

Please see enclosed privacy notice for important information.

Want to receive your billing statement in Spanish? Para recibir su estado de
cuenta en Castellano, por favor llame al 1-800-947-9100, o visite
www.tarjetasciti.com y elija su idioma modificando su Perfil Personal en
"Administrar mi Cuenta."

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|-----------------|------------------|--------------------------|------------------------|--------------------|-----------------|
| PURCHASES | $4,754.79 | $116.72 | $0.00 | $75.75 | $4,947.26 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $4,754.79 | $116.72 | $0.00 | $75.75 | $4,947.26 |

Days This Billing Period: 32

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|--------------|-----------------------------------|---------------|-------------|------------------------|
| PURCHASES | | | | |
| Standard Purch | $4,826.98 | 0.04904%(D) | 17.900% | 17.900% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.05477%(D) | 19.990% | 19.990% |

| 09/25/06 | $5119.05 | $616.67 | SITE:KC-CL | TM:CL-5000 | ACID:KCB0030 |
|---|---|---|---|---|---|
| PMT DUE DATE | NEW BALANCE | MIN AMT DUE | | 03/01/07 | 00:55:43: |

CITI CARDS
P.O. BOX 6420
THE LAKES, NV
88901-6420

JO A GRAFF
210 EL CARMELO AVE
PALO ALTO          CA
94306-2377000

# Citi® AAdvantage® World MasterCard®

AAdvantage is a registered trademark of American Airlines, Inc.

Account Number
5466 1600 1808 9621

| Customer Service: | Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 1-800-388-2200 | $5000 | $0 | $1500 | $0 | $5119.05 |
| BOX 6000 | Statement/ Closing Date | Amount Over Revolving Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| THE LAKES, NV 89163-6000 | 08/30/2006 | $119.05 | $274.83 + | $341.84 = | $616.67 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | | | Standard Purch | |
| | 8/30 | 66     0000 | LATE FEE - JUL PAYMENT PAST DUE | 39.00 0000000000 |
| | 8/30 | 84     0000 | PURCHASES*FINANCE CHARGE*PERIODIC RATE | 132.79 0000000000 |

*** CITI AADVANTAGE MILES UPDATE ***
Miles Accumulated This Billing Period:          0

Remember, with a no-preset spending limit you now have more financial flexibility.  But you MUST PAY IN FULL any charges over the revolving credit line indicated.

Your late fee was based on your account balance as of the payment due date (08/24/06), which was $4,947.26.

The Annual Percentage Rate on your account has been increased due to one of the following reasons stated in your Card Agreement with us: you failed to make a payment to us when due, you exceed your credit line or you made a payment to us that was not honored by your bank.

The pur/adv min due displayed above includes any transactions that exceed your revolving credit line.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $4,947.26 | $39.00 | $0.00 | $132.79 | $5,119.05 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $4,947.26 | $39.00 | $0.00 | $132.79 | $5,119.05 |

Days This Billing Period: 30

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $5,011.15 | 0.08833%(D) | 32.240% | 32.240% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.08833%(D) | 32.240% | 32.240% |

10/24/06    $5295.45    $845.07         SITE:KC-CL   TM:CL-5000   ACID:KCB0030
PMT DUE DATE   NEW BALANCE   MIN AMT DUE                          03/01/07      00:55:43:

                                    CITI CARDS
                                    P.O. BOX 6420
    JO A GRAFF                      THE LAKES, NV
    210 EL CARMELO AVE              88901-6420
    PALO ALTO            CA
    94306-2377000

# Citi® AAdvantage® World MasterCard®
AAdvantage is a registered trademark of American Airlines, Inc.

**Account Number**
5466 1600 1808 9621

| Customer Service:<br>1-800-866-9900<br>BOX 6000<br>THE LAKES, NV<br>89163-6000 | Revolving<br>Credit Line<br>$5000<br>Statement/<br>Closing Date<br>09/29/2006 | Available Revolving<br>Credit Line<br>$0<br>Amount Over<br>Revolving Credit Line<br>$295.45 | Cash Advance Limit<br>$1500<br>Past Due<br>$616.67 + | Available Cash Limit<br>$0<br>Purch/Adv<br>Minimum Due<br>$228.40 = | New Balance<br>$5295.45<br>Minimum<br>Amount Due<br>$845.07 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | | | Standard Purch | |
| | 9/29 | | LATE FEE - AUG PAYMENT PAST DUE | 39.00 |
| | | 66    0000 | | 0000000000 |
| | 9/29 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE | 137.40 |
| | | 84    0000 | | 0000000000 |

```
*** CITI AADVANTAGE MILES UPDATE ***
Miles Accumulated This Billing Period:          0
```

Remember, with a no-preset spending limit you now have more financial
flexibility. But you MUST PAY IN FULL any charges over the revolving credit
line indicated.

Your late fee was based on your account balance as of the payment due date
(09/25/06), which was $5,119.05.

The pur/adv min due displayed above includes any transactions that exceed your
revolving credit line.

Your account is seriously past due and your credit privileges have been
suspended. Please call the toll-free number shown above to learn about our
special payment options. Call Monday - Friday, 7 am - 9 pm, or Saturday, 8 am
- 5 pm, Central Time.

| Account Summary | Previous<br>Balance | (+) Purchases<br>& Advances | (-) Payments<br>& Credits | (+) FINANCE<br>CHARGE | (=) New<br>Balance |
|---|---|---|---|---|---|
| PURCHASES | $5,119.05 | $39.00 | $0.00 | $137.40 | $5,295.45 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $5,119.05 | $39.00 | $0.00 | $137.40 | $5,295.45 |

Days This Billing Period: 30

| Rate Summary | Balance Subject to<br>Finance Charge | Periodic<br>Rate | Nominal<br>APR | ANNUAL<br>PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $5,185.16 | 0.08833%(D) | 32.240% | 32.240% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.08833%(D) | 32.240% | 32.240% |

```
       11/24/06    $5486.20    $5486.20     SITE:KC-CL   TM:CL-5000  ACID:KCB0030
                                                          03/01/07             00:55:43:
```

```
                                    CITI CARDS
                                    P.O. BOX 6420
    JO A GRAFF                      THE LAKES, NV
    210 EL CARMELO AVE              88901-6420
    PALO ALTO              CA
    94306-2377000
```

# Citi® AAdvantage® World MasterCard®

AAdvantage is a Registered trademark of American Airlines, Inc.

**Account Number**
5466 1600 1808 9621

| Customer Service:<br>1-800-866-9900 | Revolving<br>Credit Line | Available Revolving<br>Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| | $5000 | $0 | $1500 | $0 | $5486.20 |
| BOX 6000<br>THE LAKES, NV<br>89163-6000 | Statement/<br>Closing Date<br>10/31/2006 | Amount Over<br>Revolving Credit Line<br>$486.20 | Past Due<br>$845.07 | Purch/Adv<br>Minimum Due<br>$244.75 | Minimum<br>Amount Due<br>$5486.20 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 10/31 | | Standard Purch<br>LATE FEE - SEP PAYMENT PAST DUE<br>66   0000 | 39.00<br>0000000000 |
| | 10/31 | | PURCHASES*FINANCE CHARGE*PERIODIC RATE<br>84   0000 | 151.75<br>0000000000 |

Your late fee was based on your account balance as of the payment due date
(10/24/06), which was $5,295.45.

The pur/adv min due displayed above includes any transactions that exceed your
revolving credit line.

Help is available!  Please call the toll-free number shown above to learn about
our special payment options.  Call Monday - Friday, 7 am to 9 pm, or Saturday,
8 am to 5 pm, Central Time.  Please give us the opportunity to assist you.

| Account Summary | Previous<br>Balance | (+) Purchases<br>& Advances | (-) Payments<br>& Credits | (+) FINANCE<br>CHARGE | (=) New<br>Balance |
|---|---|---|---|---|---|
| PURCHASES | $5,295.45 | $39.00 | $0.00 | $151.75 | $5,486.20 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $5,295.45 | $39.00 | $0.00 | $151.75 | $5,486.20 |

Days This Billing Period: 32

| Rate Summary | Balance Subject to<br>Finance Charge | Periodic<br>Rate | Nominal<br>APR | ANNUAL<br>PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES<br>  Standard Purch | $5,368.60 | 0.08833%(D) | 32.240% | 32.240% |
| ADVANCES<br>  Standard Adv | $0.00 | 0.08833%(D) | 32.240% | 32.240% |

| 12/25/06 | $5672.46 | $5672.46 | SITE:KC-CL | TM:CL-5000 | ACID:KCB0030 |
| PMT DUE DATE | NEW BALANCE | MIN AMT DUE | | 03/01/07 | 00:55:43: |

CITI CARDS
P.O. BOX 6420
THE LAKES, NV
88901-6420

JO A GRAFF
210 EL CARMELO AVE
PALO ALTO                    CA
94306-2377000

# Citi® AAdvantage® World MasterCard®
AAdvantage is a registered trademark of American Airlines, Inc.



**Account Number**
5466 1600 1808 9621

| Customer Service:<br>1-800-568-5000 | Revolving<br>Credit Line | Available Revolving<br>Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| | $5000 | $0 | $1500 | $0 | $5672.46 |
| BOX 6000<br>THE LAKES, NV<br>89163-6000 | Statement/<br>Closing Date | Amount Over<br>Revolving Credit Line | Past Due | Purch/Adv<br>Minimum Due | Minimum<br>Amount Due |
| | 11/30/2006 | $672.46 | $1089.82 | $242.26 | $5672.46 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | | | Standard Purch | |
| | 11/30 | 66    0000 | LATE FEE - OCT PAYMENT PAST DUE | 39.00<br>0000000000 |
| | 11/30 | 84    0000 | PURCHASES*FINANCE CHARGE*PERIODIC RATE | 147.26<br>0000000000 |

Your late fee was based on your account balance as of the payment due date
(11/24/06), which was $5,486.20.

The pur/adv min due displayed above includes any transactions that exceed your
revolving credit line.

Help is available!  Please call the toll-free number shown above to learn about
our special payment options.  Call Monday - Friday, 7 am to 9 pm, or Saturday,
8 am to 5 pm, Central Time.  Please give us the opportunity to assist you.

Our records show home phone 650-320-9402 and business phone 408-730-3815.
Please update coupon if incorrect.

| Account Summary | Previous<br>Balance | (+) Purchases<br>& Advances | (-) Payments<br>& Credits | (+) FINANCE<br>CHARGE | (=) New<br>Balance |
|---|---|---|---|---|---|
| PURCHASES | $5,486.20 | $39.00 | $0.00 | $147.26 | $5,672.46 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $5,486.20 | $39.00 | $0.00 | $147.26 | $5,672.46 |

Days This Billing Period: 30

| Rate Summary | Balance Subject to<br>Finance Charge | Periodic<br>Rate | Nominal<br>APR | ANNUAL<br>PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES<br>Standard Purch | $5,557.05 | 0.08833%(D) | 32.240% | 32.240% |
| ADVANCES<br>Standard Adv | $0.00 | 0.08833%(D) | 32.240% | 32.240% |

01/23/07     $5858.58     $5858.58     SITE:KC-CL     TM:CL-5000     ACID:KCB0030
PAST DUE DATE     NEW BALANCE     MIN AMT DUE                       03/01/07     00:55:43:

CITI CARDS
P.O. BOX 6420
THE LAKES, NV
88901-6420

JO A GRAFF
210 EL CARMELO AVE
PALO ALTO                    CA
94306-2377000

 Citi® A'Advantage® World MasterCard® 
AAdvantage is a registered trademark of American Airlines, Inc.

Account Number
5466 1600 1808 9621

Customer Service:
1-800-756-4000
BOX 6000
THE LAKES, NV
89163-6000

| | Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| | $5000 | $0 | $1500 | $0 | $5858.58 |
| | Statement/ Closing Date | Amount Over Revolving Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| | 12/29/2006 | $858.58 | $1332.08 | $244.12 | $5858.58 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | | | Standard Purch | |
| | 12/29 | 66      0000 | LATE FEE - NOV PAYMENT PAST DUE | 39.00 0000000000 |
| | 12/29 | 84      0000 | PURCHASES*FINANCE CHARGE*PERIODIC RATE | 147.12 0000000000 |

Your late fee was based on your account balance as of the payment due date
(12/25/06), which was $5,672.46.

The pur/adv min due displayed above includes any transactions that exceed your
revolving credit line.

Help is available! Please call the toll-free number shown above to learn about
our special payment options. Call Monday - Friday, 7 am to 9 pm, or Saturday,
8 am to 5 pm, Central Time. Please give us the opportunity to assist you.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $5,672.46 | $39.00 | $0.00 | $147.12 | $5,858.58 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $5,672.46 | $39.00 | $0.00 | $147.12 | $5,858.58 |

Days This Billing Period: 29

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES Standard Purch | $5,743.17 | 0.08833%(D) | 32.240% | 32.240% |
| ADVANCES Standard Adv | $0.00 | 0.08833%(D) | 32.240% | 32.240% |

| 02/22/07 | $6031.79 | $6031.79 | SITE:KC-CL | TM:CL-5000 | ACID:KCB0030 |
| PMT DUE DATE | NEW BALANCE | MIN AMT DUE | | 03/01/07 | 00:55:43: |

CITI CARDS
P.O. BOX 6420
THE LAKES, NV
88901-6420

JO A GRAFF
210 EL CARMELO AVE
PALO ALTO            CA
94306-2377000

# Citi® A'Advantage® World MasterCard®

AAdvantage is a registered trademark of American Airlines, Inc.

Account Number
5466 1600 1808 9621

| Customer Service: | Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| 1-800-925-8871 | $5000 | $0 | $1500 | $0 | $6031.79 |
| BOX 6000 | Statement/ Closing Date | Amount Over Revolving Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| THE LAKES, NV 89163-6000 | 01/31/2007 | $1031.79 | $1576.20 | $233.21 | $6031.79 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| | 1/31 | | **Standard Purch** | 173.21 |
| | | | PURCHASES*FINANCE CHARGE*PERIODIC RATE | |
| | | | 84    0000 | 0000000000 |

Help is available!  Please call the toll-free number shown above to learn about
our special payment options.  Call Monday - Friday, 7 am to 9 pm, or Saturday,
8 am to 5 pm, Central Time.  Please give us the opportunity to assist you.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $5,858.58 | $0.00 | $0.00 | $173.21 | $6,031.79 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $5,858.58 | $0.00 | $0.00 | $173.21 | $6,031.79 |

Days This Billing Period: 33

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $5,942.14 | 0.08833%(D) | 32.240% | 32.240% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.08833%(D) | 32.240% | 32.240% |

Exhibit D

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
HUNT & HENRIQUES, Attorneys at Law
Michael S. Hunt, Esq.    #99804
Janalie Henriques, Esq.    #111589
151 Bernal Road, Suite 8
San Jose, CA 95119

TELEPHONE NO:    (408) 362-2270

FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name):    CITIBANK (SOUTH DAKOTA) N.A.

FOR COURT USE ONLY

**ENDORSED**

2007 MAY 21 P 2: 39

SAN JOSE, CLERK OF THE SUPERIOR COURT
COUNTY OF SANTA CLARA, CALIFORNIA
BY:
**W. VAUGHAN**
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF    SANTA CLARA
STREET ADDRESS:    191 N. FIRST STREET
MAILING ADDRESS:
CITY AND ZIP CODE:    San Jose, CA 95113
BRANCH NAME:    DOWNTOWN SUPERIOR COURT - CIVIL LIMITED

PETITIONER/PLAINTIFF:    CITIBANK (SOUTH DAKOTA) N.A.

RESPONDENT/DEFENDANT:    JO A GRAFF

CASE NUMBER:
107CV084095

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
X0700502

(Separate *proof of service* is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet (served *in complex cases only*)
   e. [ ] cross complaint
   f. [X] other (specify documents):    NOTICE TO LITIGANTS, ADR INFORMATION SHEET

3. a. Party served (specify name of party as shown on documents served):    JO A GRAFF

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substitue service was made) (specify name and relationship to the party names in 3a):

4. Address where the party was served: 210 El Carmelo Ave   Palo Alto, CA 94306-2377

5. I served the party (check proper box)
   a. [X] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):  5/15/2007    (2) at (time):  6:27 am
   b. [ ] by substituted service. On (date):    at (time):    I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):    from (city):    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PETITIONER/PLAINTIFF: CITIBANK (SOUTH DAKOTA) N.A. X0700502 | CASE NUMBER |
|---|---|
| RESPONDENT/DEFENDANT: JO A GRAFF | 107CV084095 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on (date):        (2) from (city):

    (3) ☐ with two copies of the Notice and Acknowledgment of Receipt (form 982(a)(4)) and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt (form 982(a)(4).) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** (specify means of service and authorizing code section):

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☒ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of (specify):

  c. ☐ as occupant.

  d. ☐ On behalf of (specify):

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name: E. Rios

  b. Address: Pacific Legal Services, Inc., P.O. Box 5549, San Jose CA 95150

  c. Telephone number: (408)266-3148

  d. The fee for service was: $ 40.00

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒ registered California process server:

      (i) ☐ owner ☐ employee ☒ independent contractor

      (ii) Registration No.: 984

      (iii) County: Santa Clara

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 5/15/2007

E. Rios         ▶ /S/ E. Rios

_____        _____

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Page 2 of 2

Exhibit E



| PLAINTIFF:CITIBANK (SOUTH DAKOTA) N.A. | CASE NUMBER: |
|---|---|
| DEFENDANT:JO A GRAFF | 107CV084095 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** [ ] THE COURT   [ X ] THE CLERK

4. [ ]   **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties. Judgment is**

   a. [ X ] for plaintiff *(name each)*:
      CITIBANK (SOUTH DAKOTA) N.A.
      and against defendant *(names)*:
      JO A GRAFF

   c. [ ] for cross-complainant *(name each)*:

      and against cross-defendant *(name each)*:

      [ ] Continued on Attachment 5a.
   b. [ ] for defendant *(name each)*:

      [ ] Continued on Attachment 5c.
   d. [ ] for cross-defendant *(name each)*:

6. **Amount.**

   a. [ X ] Defendant named in item 5a above must
      pay plaintiff on the complaint:

   c. [ ] Cross-defendant named in item 5c above must pay
      cross-complainant on the cross-complaint:

| (1) [ X ] Damages | $6,031.79 | (1) [ ] Damages | $ |
|---|---|---|---|
| (2) [ X ] Prejudgment interest at the annual rate of 0.00 % | $0.00 | (2) [ ] Prejudgment interest at the annual rate of % | $ |
| (3) [ X ] Attorney fees | $0.00 | (3) [ ] Attorney fees | $ |
| (4) [ X ] Costs | $220.00 | (4) [ ] Costs | $ |
| (5) [ ] Other *specify*: | $ | (5) [ ] Other *specify*: | $ |
| (6)  TOTAL | $6,251.79 | (6)  TOTAL | $ |

   b. [ ] Plaintiff to receive nothing from defendant
      named in item 5b.
      [ ] Defendant named in item 5b to recover
      costs $
      [ ] and attorney fees $

   d. [ ] Cross-complainant to receive nothing from
      cross-defendant named in item 5d.
      [ ] Cross-defendant named in item 5d to recover
      costs $
      [ ] and attorney fees $

7. [ ] Other *(specify)*:

Kiri Torre
Chief Executive Officer/Clerk

Clark Sakai

Date:     [ ] _____
               JUDICIAL OFFICER

Date:    JUL - 9 2007    [ ] Clerk, by_____ , Deputy

| (SEAL) | **CLERK'S CERTIFICATE** *(Optional)*
I certify that this is a true copy of the original judgment on file in the court.

Date: _____

Clerk, by_____ , Deputy |
|---|---|

JUD-100 (New January 1, 2002)           **JUDGMENT**      X0700502      Page 2 of 2

ExhibitF

HUNT & HENRIQUES
ATTORNEYS AT LAW
151 BERNAL ROAD, SUITE 8
SAN JOSE, CALIFORNIA 95119-1306

MICHAEL S. HUNT
JANALIE HENRIQUES

AREA CODE 408
TELEPHONE 362 - 2270
FACSIMILE 362 - 2299

July 13, 2007

JO A GRAFF
210 El Carmelo Ave
Palo Alto, CA 94306-2377

Re:    CITIBANK (SOUTH DAKOTA) N.A. v.
       JO A GRAFF
       Case # 107CV084095
       Date of Judgment: July 9, 2007
       Amount of Judgment: $6,251.79

Dear JO A GRAFF,

The court has entered judgment against you and in favor of our client in the amount of $6,251.79. The judgment will remain valid for 10 years from the date it was entered and it can be renewed for an additional period of time. Judgments accrue interest at the rate of 10% per annum. The judgment is a public record and may be reported to the credit reporting companies and may be included on your credit report until the judgment expires.

We are in the process of recording an abstract of judgment which may create a lien on transactions involving real property such as your purchase, refinance or sale of real property. The abstract also remains valid for 10 years.

Now that judgment has been entered, our client has instructed us to attempt to collect the judgment. Wage garnishments and bank levies are legal remedies that we may attempt to use to collect the balance due under the judgment. If we use these remedies, additional costs will be incurred. We may request that the court add the costs to your judgment.

Our client is still willing to settle the debt. Please call us or email us to find out about settlement options. You can telephone us toll free at: 1 (800) 496-5048. Our email address is: Settlements@HuntHenriques.com. We look forward to hearing from you.

This firm is a debt collector and any information obtained may be used for the purpose of collecting the debt.

Very truly yours,

Michael S. Hunt
Janalie Henriques
HUNT & HENRIQUES
Attorneys at Law
X0700502