UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 7/28/08

Court Reporter:                    Clerk:

Case No: C 08-00908 JF             Case Title: Graff   v.  Hunt & Henriques

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Fred Schwin | Tomio Narita |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status      [ ] Discovery
                        [X] Settlement   [ ] Final
                        [ ] Other

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted              [ ] Submitted         [ ] Settled

[ ] Denied               [ ] Briefs to be filed   [X] Not Settled

[ ] Granted in part, denied in part              [ ] Off Calendar

[ ]

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant      [ ] Court          [ ] Court w/opinion

NOTES: 1 ½ Hours