## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:**  Law and Motion Hearing, August 15, 2008
**Case Number:** CV-08-908-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**          **JO ANNE GRAFF  V.  HUNT & HENRIQUES, ET AL**

**PLAINTIFF**                                    **DEFENDANT**

Attorneys Present: Fred Schwinn                    Attorneys Present:  Tomio Narita

---

PROCEEDINGS:

Hearing on Motion for Partial Summary Judgment held.  Parties are present.
The motion is taken under submission.