Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JO ANNE GRAFF

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JO ANNE GRAFF,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>HUNT & HENRIQUES, a general partnership, MICHAEL SCOTT HUNT, individually and in his official capacity, and JANALIE ANNE HENRIQUES, individually and in her official capacity,<br><br>　　　　　　　Defendants. | Case No. C08-00908-JF-PVT<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JO ANNE GRAFF, and Defendants, HUNT & HENRIQUES, MICHAEL SCOTT HUNT and JANALIE ANNE HENRIQUES, stipulate, and the Court hereby orders, as follows:

　　　　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JO ANNE GRAFF, against Defendants, HUNT & HENRIQUES, MICHAEL SCOTT HUNT and JANALIE ANNE HENRIQUES, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

1  Dated: October 15, 2008                  /s/ Fred W. Schwinn
                                            Fred W. Schwinn, Esq.
2                                           Attorney for Plaintiff
                                            JO ANNE GRAFF
3

4

5  Dated: October 15, 2008                  /s/ Tomio B. Narita
                                            Tomio B. Narita, Esq.
6                                           Attorney for Defendants
                                            HUNT & HENRIQUES
7                                           MICHAEL SCOTT HUNT and
                                            JANALIE ANNE HENRIQUE
8

9
   THE FOREGOING STIPULATION
10 IS APPROVED AND IS SO ORDERED.

11
   Dated: 10/16/08
12                                          _____
                                            The Honorable Jeremy Fogel
13                                          Judge of the District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER           Case No. C08-00908-JF-PVT